BUCHALTER NEMER
A Professional Corporation
ARON M. OLINER (Bar No. 152373)
333 Market Street, 25th Floor
San Francisco, CA 94105-2130
Telephone: 415-227-0900
Facsimile: 415-227-0770
Email: roliner@buchalter.com

Attorneys for Appellant
Trustee Aron M. Oliner

FILED

NOV - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARON M. OLINER,<br><br>　　　　　Plaintiff-Appellant,<br><br>v.<br><br>HEITMAN FINANCIAL, LLC,<br><br>　　　　　Defendant-Appellee. | **Case No. CV 05-3742 MHP** |
| In re<br><br>CENTRAL EUROPEAN INDUSTRIAL DEVELOPMENT COMPANY, LLC d/b/a CEIDCO,<br><br>　　　　　Debtor. | Bankruptcy Case No. 02-30419-11-DM<br><br>Chapter 11 |
| In re<br><br>THE KONTRABECKI GROUP LP,<br><br>　　　　　Debtor. | Bankruptcy Case No. 02-30421-11-DM<br><br>Chapter 11<br><br>[Administratively Consolidated]<br><br>~~PROPOS~~ED ORDER DISMISSING APPEAL |

The Court having considered the Stipulation for Order Dismissing Appeal, filed by Plaintiff-Appellant Aron M. Oliner, Chapter 11 Trustee of Central European Industrial Development Company, LLC and The Kontrabecki Group LP, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. The Stipulation is approved.
2. The above-captioned appeal is dismissed.

Dated: Nov. 7, 2005

_____
UNITED STATES DISTRICT COURT CLERK

SF 1204486 v1
10/31/05 1:45 PM